# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 5:17-cv-00323 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GEORGE |
| | ) | LIMBERT |
| THE COLLEGE OF WOOSTER, | ) | |
| | ) | **UNOPPOSED MOTION FOR ORDER** |
| Defendant. | ) | **TO SEAL FILING** |
| | ) | |

Plaintiff John Doe respectfully moves this Court to issue an order directing the Clerk of Court to seal ECF Doc. No. 17 filed on March 16, 2017. This motion is unopposed given a mutual desire between the parties to protect the identities of students. Unfortunately, ECF Doc. No. 17 contains an unredacted exhibit. Both parties to this litigation desire to preserve the confidentiality of students. Accordingly, Plaintiff seeks to have the filing sealed.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant this Motion for Order to Seal Filing.

Respectfully submitted,

*/s/ Kristina W. Supler*
Susan C. Stone (0064445)
*scs@mccarthylebit.com*
Kristina W. Supler (0080609)
*kws@mccarthylebit.com*
McCARTHY, LEBIT, CRYSTAL
 & LIFFMAN CO., L.P.A.
101 West Prospect Avenue
1800 Midland Building
Cleveland, Ohio  44115
(216) 696-1422
(216) 696-1210 (facsimile)

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Peggy J. Schmitz, Esq.
*Email:  schmitz@ccj.com*

Kimberly L. Hall, Esq.
*Email: khall@ccj.com*

> */s/ Kristina W. Supler*
> Susan C. Stone (0064445)
> Kristina W. Supler (0080609)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 5:17-cv-00323 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GEORGE |
| | ) | LIMBERT |
| THE COLLEGE OF WOOSTER, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

This matter came before the Court on Plaintiff's Unopposed Motion for Order to Seal Filing.

For good cause shown, the Motion is GRANTED and ECF Doc. No. 17 shall be sealed by the Clerk of Court.

**SO ORDERED.**

_____
Judge, United States District Court