The Clerk is ordered to seal ECF Nos. 17 and 18.
IT IS SO ORDERED.

s/ Magistrate Judge George J. Limbert on 3/17/2017

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 5:17-cv-00323 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GEORGE |
| | ) | LIMBERT |
| THE COLLEGE OF WOOSTER, | ) | |
| | ) | **UNOPPOSED MOTION FOR ORDER** |
| Defendant. | ) | **TO SEAL FILING** |
| | ) | |

Plaintiff John Doe respectfully moves this Court to issue an order directing the Clerk of Court to seal ECF Doc. No. 17 filed on March 16, 2017.  This motion is unopposed given a mutual desire between the parties to protect the identities of students.  Unfortunately, ECF Doc. No. 17 contains an unredacted exhibit.  Both parties to this litigation desire to preserve the confidentiality of students.  Accordingly, Plaintiff seeks to have the filing sealed.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant this Motion for Order to Seal Filing.