# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 5:17CV323 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| COLLEGE OF WOOSTER, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Upon representation of parties and counsel, as memorialized in the Minutes Entry from the Mediation Hearing held on April 4, 2017 before Magistrate Judge George J. Limbert, that the above entitled cause of action has been settled between the parties, all claims against defendant College of Wooster are dismissed with prejudice, and all claims against defendant Jane Roe are dismissed without prejudice. Each party is to bear their own costs. A final Agreed Entry shall be filed with the Court on or before May 7, 2017.

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order. The Court retains jurisdiction to resolve disputes involving the settlement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994). This case hereby is closed.

**IT IS SO ORDERED**.

Dated: April 5, 2017

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**