IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>vs.<br><br>COLLEGE OF WOOSTER, *et al.*<br><br>   Defendants. | Case No. 5:17-cv-00323<br><br>Judge Sara Lioi<br><br>Magistrate Judge George J. Limbert |
| **Stipulated Motion for**<br>***Nunc Pro Tunc* Entry to Correct Final Judgment** ||

  The parties respectfully ask the Court to amend its April 5, 2017 final-judgment entry *nunc pro tunc* to correct the misidentification of Defendant "Jane Doe 1" as "Jane Roe."

  On April 5, 2017, the Court closed this case after Plaintiff and Defendant College of Wooster reached a settlement. Doc. No. 30 at 750. Defendant Jane Doe 1, who was first named as a defendant in the amended complaint filed on March 31, 2017, Doc. No. 26, had not been served at the time of the settlement. In its order closing the case, the

Page 1 of 3

Court dismissed the claims against the college with prejudice, and provided that "all claims against defendant Jane Roe are dismissed without prejudice." Doc. No. 30 at 750. But this appears to be a clerical mistake given that there is no "Jane Roe" identified in the pleadings.[1]

The Court may correct a clerical mistake under Fed. R. Civ. P. 60(a), which provides as follows:

> The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice.

Accordingly, the parties respectfully request that the Court correct its order closing the case, Doc. No. 30 at 750, *nunc pro tunc,* to reflect that the claims against Jane Doe 1 are dismissed without prejudice.

---

[1] There are three pseudonyms used in the amended complaint, Doc. No. 26, 612–637: "Jane Doe 1" (Caption, Civil Action Complaint, ¶¶ 1, 3–4, 7–8, 11, 16, 53–56, 60–63, 65, 68, 70– 71, 72 ("Jane Doe [*sic*]"), 73–76, 79, 81–85, 88, 90–93, 95, 97, 99, 102–03, 105, 107, 109–13, 117–119, 119b, 119g, 119h, 119j, 128, 130, 139c, 139d, 156–61, and 163–166); "Jane Doe 2" (¶¶ 10–11, and 79); and "Ron Roe" (¶¶ 96, 97, 100, 107).

Respectfully submitted,

| | |
|---|---|
| */s/ Ashlie Case Sletvold* | */s/ Kimberly Lanae Hall [per consent]* |
| Ashlie Case Sletvold (0079477) | Peggy J. Schmitz (0023932) |
| Subodh Chandra (0069233) | Kimberly Lanae Hall (0090677) |
| The Chandra Law Firm LLC | Critchfield, Critchfield & Johnston |
| The Chandra Law Building | 225 North Market Street |
| 1265 W. 6th St., Suite 400 | Wooster, OH 44691 |
| Cleveland, OH 44113-1326 | 330.263.4444 Phone |
| 216.578.1700 Phone | 330.263.9278 Fax |
| 216.578.1800 Fax | khall@ccj.com |
| Ashlie.Sletvold@ChandraLaw.com | schmitz@ccj.com |
| Subodh.Chandra@ChandraLaw.com | |
| | *Attorneys for Defendant College of Wooster* |
| *Attorneys for Defendant Jane Doe 1* | |
| | */s/ Kristina W. Supler [per consent]* |
| | Susan C. Stone (0064445) |
| | Kristina W. Supler (0080609) |
| | McCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A. |
| | 101 West Prospect Avenue, Suite 1800 |
| | Cleveland, OH 44115 |
| | 216.696.1422 Phone |
| | 216.696.1210 Fax |
| | scs@mccarthylebit.com |
| | kws@mccarthylebit.com |
| | |
| | *Attorneys for Plaintiff John Doe* |

## Certificate of service

I certify that this document was filed using the Court's ECF system, which will send notification to all counsel of record.

*/s/ Ashlie Case Sletvold*
One of the attorneys for Defendant Jane Doe 1