# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) CASE NO. 5:17-cv-00323 |
| | ) |
| Plaintiff, | ) JUDGE SARA LIOI |
| | ) |
| v. | ) MAGISTRATE JUDGE GEORGE |
| | ) LIMBERT |
| THE COLLEGE OF WOOSTER, *et al.* | ) |
| | ) |
| Defendants. | ) **JOINT MOTION FOR LEAVE TO FILE** |
| | ) **UNDER SEAL** |

Pursuant to Loc. R. 5.2, Plaintiff John Doe and Defendant The College of Wooster jointly request that the Court grant them leave to file their Confidential Settlement Agreement under seal. The Confidential Settlement Agreement includes information that would reveal the identity of Plaintiff John Doe who was permitted to proceed under pseudonym by Order of this Court. ECF No. 29. Moreover, the Confidential Settlement Agreement contains a mutual confidentiality clause. Both Plaintiff and Defendant desire to keep the terms of the settlement confidential.

**WHEREFORE**, Plaintiff John Doe and Defendant The College of Wooster respectfully request that this Honorable Court grant them permission to file their Confidential Settlement Agreement under seal.

Respectfully submitted,

| | |
|---|---|
| */s/ Kristina W. Supler* | */s/ Peggy J. Schmitz (per email authority 5/8/17)* |
| Susan C. Stone (0064445) | Peggy J. Schmitz (0023932) |
| *scs@mccarthylebit.com* | *schmitz@ccj.com* |
| Kristina W. Supler (0080609) | Kimberly L. Hall (0090677) |
| *kws@mccarthylebit.com* | *khall@ccj.com* |
| McCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A. | CRITCHFIELD, CRITCHFIELD, & JOHNSON, LTD. |
| 101 W. Prospect Ave., Suite 1800 | 225 North Market Street |
| Cleveland, OH 44115 | P.O. Box 599 |
| P: (216) 696-1422 | Wooster, OH 44691 |
| F: (216) 696-1210 | P: (330) 264-4444 |
| | F: (330) 263-9278 |
| Attorneys for Plaintiff | Attorneys for Defendant The College of Wooster |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, I electronically filed this *Joint Motion for Leave to File Under Seal* with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record via the Court's electronic filing system.

*/s/ Kristina W. Supler*
Kristina W. Supler (0080609)