IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 5:17-cv-00323 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GEORGE LIMBERT |
| | ) | |
| THE COLLEGE OF WOOSTER, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **NOTICE OF DISMISSAL OF** |
| | ) | **DEFENDANT JANE DOE 1** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff John Doe hereby gives notice to this Court of his dismissal of his Complaint against Defendant Jane Doe 1. This dismissal is made without prejudice.

Respectfully submitted,

*/s/ Kristina W. Supler*
Susan C. Stone (0064445)
*scs@mccarthylebit.com*
Kristina W. Supler (0080609)
*kws@mccarthylebit.com*
McCARTHY, LEBIT, CRYSTAL
 & LIFFMAN CO., L.P.A.
101 West Prospect Avenue
1800 Midland Building
Cleveland, Ohio 44115
(216) 696-1422
(216) 696-1210 (facsimile)
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2017, I electronically filed this *Notice of Dismissal of Defendant Jane Doe 1* with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record via the Court's electronic filing system.

*/s/ Kristina W. Supler*
Kristina W. Supler (0080609)