# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, ) | CASE NO. 5:17-cv-00323 |
| ) | |
| Plaintiff, ) | JUDGE SARA LIOI |
| ) | |
| v. ) | MAGISTRATE JUDGE GEORGE |
| ) | LIMBERT |
| THE COLLEGE OF WOOSTER, *et al.* ) | |
| ) | |
| Defendants. ) | **JOINT STIPULATION OF DISMISSAL** |
| ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and upon Court Order, Plaintiff John Doe and Defendant The College of Wooster jointly stipulate to the dismissal of all claims with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Kristina W. Supler* | */s/ Peggy J. Schmitz (per email authority 5/4/17)* |
| Susan C. Stone (0064445) | Peggy J. Schmitz (0023932) |
| *scs@mccarthylebit.com* | *schmitz@ccj.com* |
| Kristina W. Supler (0080609) | Kimberly L. Hall (0090677) |
| *kws@mccarthylebit.com* | *khall@ccj.com* |
| McCARTHY, LEBIT, CRYSTAL | CRITCHFIELD, CRITCHFIELD, & |
| & LIFFMAN CO., L.P.A. | JOHNSON, LTD. |
| 101 W. Prospect Ave., Suite 1800 | 225 North Market Street |
| Cleveland, OH 44115 | P.O. Box 599 |
| P: (216) 696-1422 | Wooster, OH 44691 |
| F: (216) 696-1210 | P: (330) 264-4444 |
| | F: (330) 263-9278 |
| Attorneys for Plaintiff | Attorneys for Defendant The College of Wooster |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, I electronically filed this *Joint Stipulation of Dismissal* with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record via the Court's electronic filing system.

/s/ *Kristina W. Supler*
Kristina W. Supler (0080609)