IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | CASE NO. 5:17-cv-00323 |
| Plaintiff, | JUDGE SARA LIOI |
| v. | MAGISTRATE JUDGE GEORGE LIMBERT |
| THE COLLEGE OF WOOSTER, *et al.* | |
| Defendants. | **JOINT MOTION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to Loc. R. 5.2, Plaintiff John Doe and Defendant The College of Wooster jointly request that the Court grant them leave to file their Confidential Settlement Agreement under seal. The Confidential Settlement Agreement includes information that would reveal the identity of Plaintiff John Doe who was permitted to proceed under pseudonym by Order of this Court. ECF No. 29. Moreover, the Confidential Settlement Agreement contains a mutual confidentiality clause. Both Plaintiff and Defendant desire to keep the terms of the settlement confidential.

**WHEREFORE**, Plaintiff John Doe and Defendant The College of Wooster respectfully request that this Honorable Court grant them permission to file their Confidential Settlement Agreement under seal.

Respectfully submitted,

/s/ Kristina W. Supler
Susan C. Stone (0064445)
scs@mccarthylebit.com
Kristina W. Supler (0080609)
kws@mccarthylebit.com
McCARTHY, LEBIT, CRYSTAL
& LIFFMAN CO., L.P.A.
101 W. Prospect Ave., Suite 1800
Cleveland, OH 44115
P: (216) 696-1422
F: (216) 696-1210

Attorneys for Plaintiff

/s/ Peggy J. Schmitz (per email authority 5/8/17)
Peggy J. Schmitz (0023932)
schmitz@ccj.com
Kimberly L. Hall (0090677)
khall@ccj.com
CRITCHFIELD, CRITCHFIELD, &
JOHNSON, LTD.
225 North Market Street
P.O. Box 599
Wooster, OH 44691
P: (330) 264-4444
F: (330) 263-9278

Attorneys for Defendant The College of Wooster

**MOTION GRANTED**.

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**
May 15, 2017